FILED

2012 DEC 27 PM 3:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___M___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-CR-5104-W |
| Plaintiff, | |
| v. | JUDGEMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| EDWIN SAUCEDO-MORENO, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-5104-W against Defendant EDWIN SAUCEDO-MORENO be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 12-27-12.

HONORABLE THOMAS J. WHELAN
United States District Judge